**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2407**

_____

PERCY MOORE BELL,

                           Plaintiff - Appellant,

     versus

THE COCA-COLA COMPANY; CORPORATE SERVICES
MANAGEMENT,

                           Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-96-768)

_____

Submitted: November 21, 1996    Decided: December 12, 1996

_____

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Percy Moore Bell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bell v. Coca-Cola Co.</u>, No. CA-96-768 (E.D. Va. Sept. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>